# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN JOSEPH-LOUIS JOHNSON, II, et al.,<br><br>            Defendants. | Case No. 2:23-cv-00743-JCM-NJK<br><br>**Order** |

Plaintiff has filed a complaint, alleging this Court has diversity jurisdiction. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship of any entity attributed to it. *See* Docket No. 2.

Accordingly, Plaintiff must file an amended certificate of interested parties by May 19, 2023, fully identifying its citizenship.

IT IS SO ORDERED.

Dated: May 12, 2023

                                                          Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.