UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JOSEPH-LOUIS JOHNSON, II, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00743-JCM-NJK<br><br>**Order** |

Plaintiff's complaint alleges this Court has diversity jurisdiction. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant John Joseph-Louis Johnson, II's certificate of interested parties fails to identify the citizenship of any entity or individual attributed to him. *See* Docket No. 2.

Accordingly, Defendant John Joseph-Louis Johnson, II must file an amended certificate of interested parties by June 20, 2023, fully identifying his citizenship.

IT IS SO ORDERED.

Dated: June 12, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1