Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Plaintiff*
*Safeco Insurance Company Of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSEPH-LOUIS JOHNSON, II, an individual, and HONOUR LIGHT INTERNATIONAL, INC.<br><br>Defendants. | CASE NO.:  2:23-cv-00743-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO HONOUR LIGHT INTERNATIONAL, INC.'S COUNTERCLAIM**<br><br>**(First Request)** |

Plaintiff Safeco Insurance Company Of America ("Safeco") and Defendant Honour Light International, Inc. ("HLI") (collectively the "Parties") hereby submit this Stipulation to Extend the Time to Respond to HLI's Counterclaim.  The parties have stipulated to extend the response deadline to **September 8, 2023**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

The original deadline for Safeco to respond to the Counterclaim was August 25, 2023. Good cause exists to grant this extension. Specifically, the parties were advised that settlement discussions are taking place in the underlying litigation that, if successful, would cause that this action can be completely dismissed. As such, the parties are seeking a two (2) week extension to allow the settlement discussions to play out and to conserve costs in the event that this matter can be resolved.

Dated: August 24, 2023

| JESSE SBAIH & ASSOCIATES, LTD. | CLYDE & CO US LLP |
|---|---|
| /s/ Jesse M. Sbaih  By: | /s/ Dylan Todd |
| Jesse M. Sbaih (#7898)<br>Ines Olevic-Saleh (#11431)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>Tel (702) 896-2529<br>Fax (702) 896-0529<br>Email: jsbaih@sbaihlaw.com<br>       iolevic@sbaihlaw.com<br><br>*Attorneys for*<br>*Defendant/Counterclaimant/Third-Party*<br>*Plaintiff Honour Light International, Inc.* | Amy M. Samberg (NV Bar No. 10212)<br>amy.samberg@clydeco.us<br>Dylan P. Todd (NV Bar No. 10456)<br>dylan.todd@cyldeco.us<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas NV 89128<br>Telephone: 725-248-2900<br>Facsimile:   725-248-2907<br><br>*Attorneys for Plaintiff*<br>*Safeco Insurance Company Of America* |

**ORDER**

The above Stipulation **IS SO ORDERED.**

Dated: August 25, 2023

_____
Nancy J. Koppe
United States Magistrate Judge