Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Plaintiff*
*Safeco Insurance Company Of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSEPH-LOUIS JOHNSON, II, an individual, and HONOUR LIGHT INTERNATIONAL, INC.<br><br>Defendants. | CASE NO.:  2:23-cv-00743-JCM-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR COUNTER-DEFENDANT AND THIRD-PARTY DEFENDANT RESPOND TO HONOUR LIGHT INTERNATIONAL, INC.'S COUNTERCLAIM**<br><br>**(First Request for Oneworld)**<br><br>**(Second Request for Safeco)** |

Plaintiff/Counter-Defendant Safeco Insurance Company Of America ("Safeco") and Defendant/Counter-Plaintiff/Third-Party Plaintiff Honour Light International, Inc. ("HLI"), and Third-Party Defendant Oneworld Insurance Agency Group, LLC ("Oneworld") (collectively the "Parties") hereby submit this Stipulation to Extend the Time to Respond to HLI's Counterclaim.

///

///

///

///

///

///

- 1 -

On August 24, 2023, Safeco and HLI entered into a stipulation to extend the deadline for Safeco's response to HLI's counterclaim. (ECF No. 27). The purpose of the stipulation was to allow the parties in the underlying litigation to attempt to reach a settlement that would completely resolve the instant litigation. *Id*. Although the parties originally requested two (2) weeks, Safeco has been advised that settlement discussions are ongoing. Since that time, Oneworld was severed with the third-party complaint.

Safeco, HLI and Oneworld are in agreement that additional time should be granted to allow the parties in the underlying litigation to conclude their settlement discussions, which may include a settlement conference or private mediation. The parties assert that if a settlement is reached in the underlying litigation, the instant coverage litigation becomes moot and would no longer need to proceed. Good cause exists to grant this requested extension because it will facilitate continued efforts to resolve this litigation without the parties incurring unnecessary costs and/or going through the expense of litigation. It will also allow this case to be resolved without the need for judicial intervention. Excusable neglect is also present due to several factors. First, HLI, Safeco and Oneworld are reliant upon the information provided by the counsel representing the parties first-hand in the underlying litigation and are not directly involved in those settlement discussions and must wait until they are provided with updates on those discussions. Second, Oneworld has only just been able to retain counsel for this action and was therefore unable to meet and confer with the parties until this week. Third, counsel for Safeco was out of the office during the week of September 4th through September 8th due to continuing medical issues with a child. As such, the parties were unable to complete their meet and confer discussions until Tuesday, September 12, 2023. Upon completion of those discussions, the parties immediately prepared the instant stipulation for this Court's review and consideration.

///

///

///

///

///

Therefore, the parties hereby request this Court grant an extension of time until Friday, October 13, 2023, for Safeco and Oneworld to file their responses to HLI's counterclaim/third-party complaint (ECF No. 20).

Dated: September 12, 2023

| JESSE SBAIH & ASSOCIATES, LTD. | CLYDE & CO US LLP |
|---|---|
| */s/ Jesse M. Sbaih* | */s/ Dylan Todd* |
| Jesse M. Sbaih (#7898) | Amy M. Samberg (NV Bar No. 10212) |
| Ines Olevic-Saleh (#11431) | amy.samberg@clydeco.us |
| The District at Green Valley Ranch | Dylan P. Todd (NV Bar No. 10456) |
| 170 South Green Valley Parkway, Suite 280 | dylan.todd@cyldeco.us |
| Henderson, Nevada 89012 | 7251 W. Lake Mead Blvd., Suite 430 |
| Tel (702) 896-2529 | Las Vegas NV 89128 |
| Fax (702) 896-0529 | Telephone: 725-248-2900 |
| Email: jsbaih@sbaihlaw.com | Facsimile:    725-248-2907 |
|           iolevic@sbaihlaw.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for* | *Safeco Insurance Company Of America* |
| *Defendant/Counterclaimant/Third-Party* | |
| *Plaintiff Honour Light International, Inc.* | |

ARGENTUM PARTNERS

*/s/ Jon Leleu*
Jon Leleu (NV Bar No. 07422)
6037 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 541-1500

*Attorneys for Third-Party Defendant Oneworld Insurance Agency Group, LLC*

## ORDER

The above Stipulation **IS SO ORDERED.**
Dated: September 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge