# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HONOUR LIGHT INTERNATIONAL, INC.,

    Third-Party Plaintiff,

v.

ONEWORLD INSURANCE GROUP, LLC,

    Third-Party Defendant.

Case No. 2:23-cv-00743-JCM-NJK

**Order**

    This case was initiated in this Court on diversity grounds. *See* Docket No. 1. Defendant Honour Light International, Inc. filed a third-party complaint against Third-Party Defendant Oneworld Insurance Group, LLC. Docket No. 20.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Third-Party Defendant's certificate of interested parties fails to identify citizenship attributed to it. *See* Docket No. 33.

    Accordingly, Third-Party Defendant must file an amended certificate of interested parties by October 26, 2023, fully identifying the citizenship of every individual and entity attributed to it.

    IT IS SO ORDERED.

    Dated: October 19, 2023

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1