Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Plaintiff and
Counterdefendant Safeco Insurance
Company Of America*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSEPH-LOUIS JOHNSON, II, an individual, and HONOUR LIGHT INTERNATIONAL, INC.<br><br>Defendants.<br><br>HONOUR LIGHT INTERNATIONAL, INC., a Nevada Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation; DOES I-V and ROES VI-X, inclusive;<br><br>Counterdefendant. | CASE NO.:  2:23-cv-00743-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

|   |   |
|---|---|
| 1 | HONOUR LIGHT INTERNATIONAL, INC., a Nevada Corporation, |
| 2 |   |
| 3 | Third-Party Plaintiff |
| 4 | v. |
| 5 | ONEWORLD INSURANCE GROUP LLC, a Nevada Limited Liability Company; DOES I-V and ROES VI-X, inclusive; |
| 6 |   |
| 7 | Third-Party Defendant |

Plaintiff and Counterdefendant Safeco Insurance Company Of America ("Safeco"); Defendant John Joseph-Louis Johnson, II ("Johnson"); Defendant, Counterclaimant and Third-Party Plaintiff Honour Light International, Inc. ("HLI") and Third-Party Defendant Oneworld Insurance Group, LLC ("Oneworld"), by and through their respective counsel of record respectfully submit this Stipulation and Order to Dismiss this Action with Prejudice.

The Parties agree that Plaintiff Safeco is dismissing its Complaint against all Defendants with prejudice. Defendant/Counterclaimant HLI is dismissing its Counterclaim against Plaintiff Safeco with prejudice, and is further dismissing its Third-Party Complaint against Oneworld with prejudice. Each side to bear their own fees and costs.

Dated: December 04, 2023                    CLYDE & CO US LLP

By:     */s/ Dylan P. Todd*
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

*Attorneys for Plaintiff and Counterdefendant Safeco Insurance Company Of America*

| | | |
|---|---|---|
| 1 | Dated:  December 04, 2023 | ATKINSON WATKINS & HOFFMAN, LLP |
| 2 | | |
| 3 | | By:     */s/ Tyler M. Crawford* |
| 4 | | Tyler M. Crawford (NV Bar No. 10559)<br>tcrawford@awhlawyers.com |
| 5 | | 10789 W. Twain Avenue, Suite 100<br>Las Vegas NV  89135 |
| 6 | | Telephone: 725-562-6000<br>Facsimile:  725-562-6066 |
| 7 | | *Attorneys for Defendant John Joseph-Louis Johnson, II* |
| 8 | | |
| 9 | | |
| 10 | Dated:  December 04, 2023 | JESSIE SBAIH & ASSOCATIES, LTD. |
| 11 | | |
| 12 | | By:     */s/ Jesse M. Sbaih* |
| 13 | | Jesse M. Sbaih (NV Bar No. 7898)<br>jsbaih@shaihlaw.com |
| 14 | | Ines Olevic-Saleh (NV Bar No. 11431)<br>iolevic@sbaihlaw.com |
| 15 | | The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280 |
| 16 | | Henderson NV  89012<br>Telephone: 702-896-2529 |
| 17 | | Facsimile:  702-896-0529 |
| 18 | | *Attorneys for Defendant/Counterclaimant/ Third-Party Plaintiff Honour Light International, Inc.* |
| 19 | | |
| 20 | Dated:  December 04, 2023 | JONATHAN P. LELEU, ESQ. |
| 21 | | |
| 22 | | By:     */s/ Jonathan P. Leleu* |
| 23 | | Jonathan P. Leleu (NV Bar No. 7422)<br>jleleu@argentumny.com |
| 24 | | 6037 S. Fort Apache Road, Suite 130<br>Las Vegas, NV 89148 |
| 25 | | Telephone: 702-541-1500 |
| 26 | | *Attorneys for Third-Party Defendant Oneworld Insurance Group, LLC* |
| 27 | | |
| 28 | | |

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**<u>ORDER</u>**

IT IS SO ORDERED that this action is hereby dismissed with prejudice, consistent with the above stipulation.

DATED December 7, 2023.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below, pursuant to LR IC 4-1(a).

Dated: December 4, 2023

　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Parsons*
　　　　　　　　　　　　　　　　　　　An Employee of Clyde & Co US LLP